**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Joel D. King,** | ) | **CASE NO. 1:16 CV 590** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Forest River, Inc.,** *et al.*, | ) | <u>**Transfer Order**</u> |
| | ) | |
| **Defendants.** | ) | |

This Court, having GRANTED Defendants' Motion to Transfer Venue to the Northern

District of Indiana, or Alternatively, to Dismiss Plaintiff's Complaint for Improper Venue (Doc.

8), hereby transfers this matter to the Northern District of Indiana.

IT IS SO ORDERED.


 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 6/29/16

1